CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Jonathan K. Ogata (Bar No. 325914)
(E-Mail: Jonathan_Ogata@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Respondent
MARIA CORRALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORRALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 23-cv-01959-JGB-BFM<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioner, Maria Corrales, by and through her attorney of record, Deputy Federal Public Defender Jonathan K. Ogata, and Respondent, Warden, by and through Assistant United States Attorney Thomas James Magana, that this petition for writ of habeas corpus be dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 13, 2024      By  */s/ Jonathan K. Ogata*
Jonathan K. Ogata
Deputy Federal Public Defender
Attorney for Maria Corrales

E. MARTIN ESTRADA
United States Attorney

DATED: February 13, 2024      By  */s/ Thomas James Magaña*
Thomas James Magaña
Assistant United States Attorney

1